IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities,<br><br>        *Plaintiff,*<br><br>v.<br><br>PHILADELPHIA CITY COMMISSIONERS,<br><br>        *Defendants.* | CIVIL ACTION<br><br>Civil Action No.<br>2:16-cv-01507<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2016, it is hereby

ORDERED that the application of John Christian Adams, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☐    GRANTED.
    ☐    DENIED.

                                                            _____
                                                                         J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# _____

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

### I. APPLICANT'S STATEMENT

I, **John Christian Adams**, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SC | 5-16-94 | 7136 |
| VA | 1-18-99 | 42543 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| EDVA | 3-31-2000 | N/A |
|  |  |  |
|  |  |  |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _ACLU Plaintiff_

(Applicant's Signature)

Apr 6 2016
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
300 N. Washington St.
Suite 405
Alexandria VA 22314

Sworn and subscribed before me this 06th Day of April, 2016

DAYAE LAZRAK
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DEC. 31, 2020
COMMISSION # 7659749

_Dayae Lazrak_
Notary Public

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of J. Christian Adams, Esq. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Linda A. Kerns, Esq. | [signature] | 04-14-2015 | PA: 84495 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Law Offices of Linda A. Kerns, LLC
1420 Locust Street - Suite 200
Philadelphia, PA  19102

215-731-1400

Sworn and subscribed before me this

7th Day of April, ~~200~~ 2016.

[signature] Helen Grispino
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
HELEN GRISPINO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 11, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities,<br><br>*Plaintiff,*<br><br>v.<br><br>PHILADELPHIA CITY COMMISSIONERS,<br><br>*Defendants.* | CIVIL ACTION<br><br>Civil Action No. 2:16-cv-01507<br><br>JURY TRIAL DEMANDED |

### Certificate of Service

I declare under penalty of perjury that a copy of the application of John Christian Adams, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was personally served to:

Commissioner Anthony Clark
Philadelphia City Hall
1401 John F. Kennedy Blvd.
Room 130
Philadelphia, PA 19123

Commissioner Al Schmidt
Philadelphia City Hall
1401 John F. Kennedy Blvd.
Room 134
Philadelphia, PA 19123

Commissioner Lisa Deeley
Philadelphia City Hall
1401 John F. Kennedy Blvd.
Room 132
Philadelphia, PA 19123

Voter Registration Office
Philadelphia City Commissioners
520 N. Columbus Blvd. - 5th Floor
Philadelphia, PA 19123

Date: April 7, 2016        By: _____
                               LINDA A. KERNS, ESQUIRE
                               Attorney for American Civil Rights Union