# Exhibit 1



---

From: Schneider, Marian
Sent: Thursday, April 14, 2016 5:33 PM
To: 'susan.carleson@theacru.org'
Cc: Kotula, Kathleen
Subject: Philadelphia County records request

Dear Ms. Carleson
We understand that the ACRU, under your signature, sent a letter to Philadelphia County seeking certain records under the National Voter Registration Act (NVRA). We were previously aware that an identical letter was sent to Philadelphia and five other counties from the Public Interest Legal Foundation. Our investigation reveals that ACRU and PILF are related entities. In fact, PILF states that ACRU is their client.

In an effort to reduce the burden on our counties, we recently provided the attached letters and responsive data relating to six counties to PILF in response to their letter (identical to your letter). I am providing copies to you, although I understand that you may have already received these documents from PILF, your lawyers.

Please let me know if you have any questions about the enclosed.

Very truly yours,

Marian K. Schneider

Marian K. Schneider | Deputy Secretary for Elections and Administration

Pennsylvania Department of State | Executive Office
302 North Office Building | 401 North Street
Harrisburg, PA 17120
Phone: 717.772.2172 | Fax: 717.787.1734
maschneide@pa.gov
www.dos.pa.gov<http://www.dos.pa.gov/>



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

April 12, 2016

Ms. Shawna Powell, Secretary
Public Interest Legal Foundation
209 West Main Street
Plainfield, IN 46168

Dear Ms. Powell:

I am writing in response to your letters to six counties seeking various records relating to voter registration and list maintenance. In an effort to reduce the burden on individual counties, the Department of State voluntarily reviewed the records it retains and is providing the attached information in response to your requests for records. Our responses to your specific requests are detailed below.

a) Please see the attached for certified voter registration records as of the close of registration for the November 2015 municipal election;

b) The Department of State does not have any responsive records. Please see the letter we sent you dated April 12, 2016 that details information regarding citizenship status used in list maintenance;

c) Please see the attached records of cancelled voters by category since 2014;

d) Please see the attached records regarding the source of data regarding cancelled voters since 2014;

e) Please see the attached records regarding the number of notices sent to voters since the 2014 EAC Report. The Department of State does not have records relating to the rest of this request;

f) The Department of State does not have information regarding this request;

g) Pennsylvania does not have a statewide process for identifying voters who have been convicted of a felony. Voters convicted of felonies are unable to vote while incarcerated including by absentee ballot. Once voters have served their sentences, their voting rights are automatically restored. We include the information that the Department of State has regarding flags for voters with felony convictions but the counties may have additional information.

h) Please see attached records for number of registered voters in each county as of April 11, 2016;

i) The Department of State does not have any responsive records. Please see our description of list maintenance procedures as outlined in our letter dated April 12, 2016.

j) The Department of State does not have any responsive records. Please see our description of list maintenance procedures as outlined in our letter dated April 12, 2016. To the extent that you are requesting voter registration applications, the Department does not retain any voter registration applications.

Sincerely,

Pedro C. Cortés

Pedro A. Cortés
Secretary of State



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

April 12, 2016

Ms. Shawna Powell, Secretary
Public Interest Legal Foundation
209 West Main Street
Plainfield, IN 46168

Dear Ms. Powell:

Thank you for copying me on the letter sent by your organization to several Pennsylvania counties concerning compliance with Section 8 of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C.S. § 20507. We understand that you have recently filed suit against Philadelphia in regard to your request. We are sending this letter to describe Pennsylvania's robust list maintenance procedures that all counties are required to follow.

The Department of State (Department) collaborates with the 67 county voter registration commissions in Pennsylvania to administer voter registration. We work diligently to assure appropriate measures designed to meet the requirements of the NVRA are in place and operating properly. The Department of State closely monitors county compliance with these list maintenance programs, and the Department is not aware of any counties who have failed to conduct reasonable list maintenance.

Pennsylvania law mandates that county election officers perform list maintenance activities at least once per year. These programs are designed to identify voters who have moved so that they can be removed from the voter registration rolls. The counties mail notices to voters who may have moved using information provided by the United States Postal Service through its National Change of Address (NCOA) program. In addition, counties mail notices to voters who have not voted or not appeared to vote for five years before the date of the notice. See 25 Pa. Cons. Stat. § 1901(b)(3).

The counties use the responses to its mailings to update the voter registration rolls. If the mailing is returned as undeliverable, the county places the voter on inactive status for eventual removal.

Under federal and state law, no voter registration may be canceled unless (1) the voter affirmatively requests that his or her registration be canceled; (2) the voter registration commission has proper proof the voter has died; or (3) after notice has been sent under section 8(d) of the NVRA and 25 Pa. Cons. Stat. § 1901(d), the voter does not vote or otherwise communicate with county election officials through two general (*i.e.*, even-numbered year) elections.

Ms. Shawna Powell, Secretary
Page 2
April 12, 2016

Recently, in an effort to improve the accuracy of the Commonwealth's voter registration rolls, Pennsylvania joined the Electronic Information Registration Center (ERIC). ERIC is a sophisticated data center that harnesses the latest technology to securely compare key state data to better inform election officials about voters on their list whose information might be out-of-date. Unlike any current matching programs, ERIC compares multiple records – and multiple fields within each record – simultaneously, as well as accounting for name variations and transposed numbers. The data Pennsylvania receives from ERIC will be more accurate because of the multiple databases that are matched to Pennsylvania's records simultaneously and because data is provided to ERIC every sixty (60) days. Pennsylvania will also have access to national death records that we currently do not have. The National Change of Address (NCOA) process will be included in the ERIC process so counties will receive data through ERIC to perform the NCOA mailing.

Through ERIC, Pennsylvania will receive reports regarding (1) voters who have moved within the state; (2) voters who have moved to another state; (3) voters with duplicate registrations; and (4) voters who have died. Counties will be expected to remove deceased voters and verify and remove duplicate registrations. Likewise, counties will be expected to contact voters who have moved either within or outside Pennsylvania.

The counties will process data received from ERIC in the same way they handle data they receive for voters who have moved. The county voter registration commission will send the voter an address verification notification. If the voter registration commission receives no response from the voter (or the notice is returned as undeliverable), the commission will list the voter as inactive and begin the removal process prescribed by section 8(d) of the NVRA and 25 Pa. Cons. Stat. § 1901(d). An inactive voter is required to sign a written affirmation that confirms his or her address the next time he or she appears to vote. See 4 Pa. Code § 183.6.

Further, in terms of your organization's concerns regarding non-citizens on the voter rolls, all persons who register to vote must swear or affirm, under penalty of law, on their voter registration application that they are a U.S. citizen. Federal district courts in Pennsylvania use voter registration lists to call citizens for jury service. In 2005, the U.S. Government Accounting Office (GAO) recommended that the Administrative Office of the U.S. Courts determine the feasibility and steps necessary to implement a requirement that U.S. district court jury administrators provide notice to state election officials of potential jurors who identify themselves as non-citizens on jury qualification questionnaires. The Administrative Office of the U.S. Courts agreed to bring the matter to the attention of the district courts and encourage them to follow GAO's recommendation.

Because of the recommendation, the Department receives non-citizen information on occasion from U.S. district courts in Pennsylvania. The Department forwards the information to the appropriate county voter registration commission. The county must then undertake a process to determine if the voter should be canceled from the voter registration rolls.

Ms. Shawna Powell, Secretary
Page 3
April 12, 2016

The Department will continue its practice of forwarding any non-citizen information to the counties for any necessary action. In addition, the Department is committed to working with the Pennsylvania Department of Transportation (PennDOT) to modify the motor voter process to more prominently display the citizenship question. In close collaboration with PennDOT, the Department has re-ordered the screens that are displayed to users so that the citizenship requirement is the first screen. The Department believes these changes, when implemented, will prevent any non-citizens from inadvertently registering to vote through the motor voter process.

As for the Systematic Alien Verification for Entitlements (SAVE) database, the database will not be used here in Pennsylvania. Use of the database by other states to identify and remove potential non-citizens from the voter registration list has been highly controversial and the subject of numerous lawsuits. Moreover, the database has proven to be unreliable and was never designed to cross-check the citizenship status of anyone, let alone voters.

I trust that the information provided in this letter provides assurance that Pennsylvania counties are conducting reasonable list maintenance efforts and that the Department intends for ERIC to seamlessly merge with the Commonwealth's existing list maintenance programs. The Department is committed to achieving cleaner voter rolls by using tools that demonstrate a critical level of accuracy and a sound methodology.

Should you have any questions or require additional information please feel free to contact me.

Sincerely,

Pedro A. Cortés
Secretary of State

By email: Contact@publicinterestlegal.org

c:    Marian K. Schneider, Deputy Secretary for Elections and Administration
Timothy E. Gates, Chief Counsel
Kathleen M. Kotula, Deputy Chief Counsel
Marisa Crispell, Luzerne County Bureau of Elections
Kelly Green, Montgomery County Bureau of Elections
Laureen Hagan, Delaware County Bureau of Elections
Mary Jo Headley, Delaware County Bureau of Elections
Dee Rumsey, Northampton County Bureau of Elections
Mark Wolosik, Allegheny County Bureau of Elections
Kristin Bray, Senior Attorney, Law Department, City of Philadelphia

## VOTER REGISTRATION TOTALS SINCE 2014

| County Name | Active Registration November 2015 | Inactive Registration November 2015 | Active Registration As of April 11, 2016 | Inactive Registration As of April 11, 2016 |
|---|---|---|---|---|
| ALLEGHENY | 769361 | 84357 | 778535 | 97152 |
| DELAWARE | 346016 | 37565 | 349328 | 42994 |
| LUZERNE | 170277 | 20385 | 175740 | 18887 |
| MONTGOMERY | 492519 | 43520 | 497491 | 53169 |
| NORTHAMPTON | 177752 | 15530 | 176237 | 22604 |
| PHILADELPHIA | 896213 | 104441 | 928883 | 99419 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | Cancel | CANCEL - 5 YEAR VOTER REMOVAL PROGRAM | CANCEL - CANVASS | CANCEL - CANVASS NOT QUALIFIED | CANCEL - Confirmed Registered Out of County | CANCEL - Confirmed Registered Out of State |
|---|---|---|---|---|---|---|
| ALLEGHENY | 1 | 1 | 0 | 0 | 3940 | 283 |
| DELAWARE | 17 | 0 | 1 | 0 | 2912 | 21 |
| LUZERNE | 1 | 2 | 25 | 0 | 977 | 13 |
| MONTGOMERY | 3 | 0 | 0 | 1 | 3993 | 16 |
| NORTHAMPTON | 4 | 2 | 0 | 0 | 1354 | 35 |
| PHILADELPHIA | 16 | 0 | 0 | 12 | 5895 | 60 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - DECEASED | CANCEL - DECEASED - Canvass | CANCEL - DECEASED - Confirmation Mailing | CANCEL - DECEASED - Letters of Testament | CANCEL - DECEASED - Obituary | CANCEL - DECEASED - Registrar of Wills |
|---|---|---|---|---|---|---|
| ALLEGHENY | 34 | 10 | 291 | 330 | 1 | 0 |
| DELAWARE | 136 | 0 | 5 | 77 | 12 | 1568 |
| LUZERNE | 83 | 1 | 42 | 1 | 65 | 0 |
| MONTGOMERY | 33 | 0 | 32 | 13 | 1004 | 1884 |
| NORTHAMPTON | 22 | 0 | 63 | 6 | 4 | 3 |
| PHILADELPHIA | 14 | 238 | 106 | 28 | 3 | 1 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - DEPT. OF HEALTH DEATH NOTIFICATION | CANCEL - DUPLICATE REGISTRATION | CANCEL - INACTIVE STATUS FOR TWO FED GENERAL ELECTIONS | CANCEL - MENTAL INCOMPETENCE | CANCEL - MOVED OUT OF COUNTY | CANCEL - MOVED OUT OF STATE | CANCEL - NOT A CITIZEN | CANCEL - NOT QUALIFIED |
|---|---|---|---|---|---|---|---|---|
| ALLEGHENY | 14951 | 2 | 30879 | 10 | 8809 | 2343 | 7 | 1 |
| DELAWARE | 4058 | 3 | 10162 | 0 | 6785 | 729 | 11 | 1 |
| LUZERNE | 3943 | 0 | 5 | 0 | 2138 | 243 | 1 | 1 |
| MONTGOMERY | 4808 | 1 | 0 | 1 | 11797 | 2031 | 25 | 0 |
| NORTHAMPTON | 2808 | 7 | 5479 | 1 | 3841 | 511 | 3 | 1 |
| PHILADELPHIA | 15420 | 199 | 49740 | 0 | 15711 | 427 | 27 | 44 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - PENNDOT OUT OF COUNTY | CANCEL - REJECTED 10 DAY RULE | CANCEL - REQUEST BY VOTER | CANCEL - Voter Confirmed Moved Out of County | CANCEL - Voter Confirmed Moved Out Of County - AVN | CANCEL - Voter Confirmed Moved Out Of County - NCA | CANCEL - Voter Confirmed Moved Out Of County-5 YrN | CANCEL - VOTER RECLAIMED BY PREVIOUS COUNTY | Cancel – Confirmation Mailing |
|---|---|---|---|---|---|---|---|---|---|
| ALLEGHENY | 0 | 0 | 230 | 19 | 389 | 450 | 1184 | 5 | 19 |
| DELAWARE | 0 | 0 | 66 | 24 | 289 | 158 | 169 | 5 | 4 |
| LUZERNE | 0 | 0 | 24 | 3 | 10 | 37 | 186 | 1 | 105 |
| MONTGOMERY | 3 | 2 | 337 | 20 | 680 | 500 | 338 | 3 | 3 |
| NORTHAMPTON | 0 | 0 | 16 | 6 | 0 | 50 | 91 | 2 | 13 |
| PHILADELPHIA | 0 | 0 | 375 | 15 | 414 | 1539 | 111 | 3 | 26 |

## VOTER RECORDS IN FELONY ON-HOLD STATUS

| County Name | ON HOLD - FELONY |
|---|---|
| ALLEGHENY | 0 |
| DELAWARE | 0 |
| LUZERNE | 0 |
| MONTGOMERY | 1 |
| NORTHAMPTON | 0 |
| PHILADELPHIA | 0 |

## LIST MAINTENANCE MAILINGS SENT

| County Name | Notice of Change of Address | 5-Year Notice | Mass Confirmation Mailing | Address Verification Notice |
|---|---|---|---|---|
| ALLEGHENY | 20702 | 97378 | 0 | 14343 |
| DELAWARE | 8473 | 14536 | 0 | 11803 |
| LUZERNE | 3056 | 17235 | 0 | 2594 |
| MONTGOMERY | 11351 | 10659 | 0 | 8114 |
| NORTHAMPTON | 4392 | 9665 | 0 | 0 |
| PHILADELPHIA | 22897 | 18533 | 0 | 17360 |

# Exhibit 2



# CITY   OF   PHILADELPHIA

**FREDERICK L. VOIGT, ESQ**
**DEPUTY COMMISSIONER**

**CITY COMMISSIONERS OFFICE**
136 CITY HALL
PHILADELPHIA, PA 19107
(215) 686 - 3939
FAX (215) 686 - 3468
FRED.VOIGT@PHILA.GOV

April 18, 2016

Susan A. Carleson
President, American Civil Rights Union
3213 Duke Street, #625
Alexandria, VA 22314

*Via Certified Mail and First Class U.S. Mail*

Dear Ms. Carleson,

We are in receipt of your letter, dated January 26, 2016 and copying the Pennsylvania Department of State ("January 26, 2016 letter"), which appears to seek information under the National Voter Registration Act.  We understand that another letter, identical to the January 26, 2016 letter sent to us, was also sent to five (5) other counties in Pennsylvania under the signature of your legal representative, the Public Interest Law Foundation.  We further understand that the Department of State has responded to you and the Public Interest Law Foundation on behalf of us and the other five counties so as to reduce the burden of responding on the targeted individual counties.  A copy of the Department of State's response is attached as Exhibit A to this letter.

As you are aware, the Department of State "collaborates with the 67 county voter registration commissions in Pennsylvania [inclusive of the Philadelphia City Commissioners] to administer voter registration" (Exhibit A).  Accordingly, to the extent that the Philadelphia City Commissioners maintain records discussed in your January 26, 2016 letter, those records are largely duplicative of the records already provided to you by the Pennsylvania Department of State.  Nevertheless, so as to respond to the specific data points identified in your letter, the Philadelphia City Commissioners state as follows:

   a) The Philadelphia City Commissioners' records duplicate those maintained by and provided to you by the Pennsylvania Department of State;
   b) The Philadelphia City Commissioners have no such records.  Please also see the letter provided to you by the Pennsylvania Department of State (Exhibit A);

c) The Philadelphia City Commissioners' records duplicate those maintained by and provided to you by the Pennsylvania Department of State;

d) Please see the Pennsylvania Department of State's response (Exhibit A) which is incorporated herein as if set forth at length;

e) The Philadelphia City Commissioners' records largely duplicate those maintained by and provided to you by the Pennsylvania Department of State.  In addition to those duplicative records (which are already in your possession), with this letter, attached as Exhibit B, we have also enclosed a sample of a postcard that was mailed by the City Commissioners on April 15, 2016 to every registered voter.  As you can see from Exhibit B, those postcards included information that notified registered voters of the location of their polling place and the date of the upcoming primary election;

f) This information is not required to be provided pursuant to the National Voter Registration Act;

g) The Philadelphia City Commissioners' records duplicate those maintained by and provided to you by the Pennsylvania Department of State;

h) The Philadelphia City Commissioners' records duplicate those maintained by and provided to you by the Pennsylvania Department of State;

i) Please see the Pennsylvania Department of State's response (Exhibit A) which is incorporated herein as if set forth at length.  The Philadelphia City Commissioners, like the Pennsylvania Department of State, do not maintain any such records;

j) Please see the Pennsylvania Department of State's response (Exhibit A) which is incorporated herein as if set forth at length.  The Philadelphia City Commissioners, like the Pennsylvania Department of State, do not maintain any such records.

Further, to the extent that you are seeking an in-person appointment to review the Philadelphia City Commissioners' records, you may do so by contacting Frederick L. Voigt, Deputy Commissioner, at (215) 686-3939.

Finally, your letter contains a number of unfounded and unsupported accusations regarding the Philadelphia City Commissioners' compliance with the National Voter Registration Act.  We strongly deny each and every one of the meritless accusations contained in your letter.  The Philadelphia City Commissioners take their obligations under state and federal election laws very seriously.  Accordingly, it is our belief that we are in full compliance with the National Voter Registration Act, amongst the many other laws to which we are subject.

Sincerely,

Frederick L. Voigt, Esq.
Deputy Commissioner
Philadelphia City Commissioners

# Exhibit A



_____

From: Schneider, Marian
Sent: Thursday, April 14, 2016 5:33 PM
To: 'susan.carleson@theacru.org'
Cc: Kotula, Kathleen
Subject: Philadelphia County records request

Dear Ms. Carleson
We understand that the ACRU, under your signature, sent a letter to Philadelphia County seeking certain records under the National Voter Registration Act (NVRA). We were previously aware that an identical letter was sent to Philadelphia and five other counties from the Public Interest Legal Foundation. Our investigation reveals that ACRU and PILF are related entities. In fact, PILF states that ACRU is their client.

In an effort to reduce the burden on our counties, we recently provided the attached letters and responsive data relating to six counties to PILF in response to their letter (identical to your letter). I am providing copies to you, although I understand that you may have already received these documents from PILF, your lawyers.

Please let me know if you have any questions about the enclosed.

Very truly yours,

Marian K. Schneider

Marian K. Schneider | Deputy Secretary for Elections and Administration

Pennsylvania Department of State | Executive Office
302 North Office Building | 401 North Street
Harrisburg, PA 17120
Phone: 717.772.2172 | Fax: 717.787.1734
maschneide@pa.gov
www.dos.pa.gov<http://www.dos.pa.gov/>



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

April 12, 2016

Ms. Shawna Powell, Secretary
Public Interest Legal Foundation
209 West Main Street
Plainfield, IN 46168

Dear Ms. Powell:

     I am writing in response to your letters to six counties seeking various records relating to voter registration and list maintenance.  In an effort to reduce the burden on individual counties, the Department of State voluntarily reviewed the records it retains and is providing the attached information in response to your requests for records.  Our responses to your specific requests are detailed below.

    a) Please see the attached for certified voter registration records as of the close of registration for the November 2015 municipal election;

    b) The Department of State does not have any responsive records.  Please see the letter we sent you dated April 12, 2016 that details information regarding citizenship status used in list maintenance;

    c) Please see the attached records of cancelled voters by category since 2014;

    d) Please see the attached records regarding the source of data regarding cancelled voters since 2014;

    e) Please see the attached records regarding the number of notices sent to voters since the 2014 EAC Report.  The Department of State does not have records relating to the rest of this request;

    f) The Department of State does not have information regarding this request;

    g) Pennsylvania does not have a statewide process for identifying voters who have been convicted of a felony. Voters convicted of felonies are unable to vote while incarcerated including by absentee ballot.  Once voters have served their sentences, their voting rights are automatically restored.  We include the information that the Department of State has regarding flags for voters with felony convictions but the counties may have additional information.

    h) Please see attached records for number of registered voters in each county as of April 11, 2016;

    i) The Department of State does not have any responsive records.  Please see our description of list maintenance procedures as outlined in our letter dated April 12, 2016.

    j) The Department of State does not have any responsive records.  Please see our description of list maintenance procedures as outlined in our letter dated April 12, 2016. To the extent that you are requesting voter registration applications, the Department does not retain any voter registration applications.

Sincerely,

Pedro C. Cortés

Pedro A. Cortés
Secretary of State



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF STATE

April 12, 2016

Ms. Shawna Powell, Secretary
Public Interest Legal Foundation
209 West Main Street
Plainfield, IN 46168

Dear Ms. Powell:

Thank you for copying me on the letter sent by your organization to several Pennsylvania counties concerning compliance with Section 8 of the National Voter Registration Act of 1993 (NVRA), 52 U.S.C.S. § 20507. We understand that you have recently filed suit against Philadelphia in regard to your request. We are sending this letter to describe Pennsylvania's robust list maintenance procedures that all counties are required to follow.

The Department of State (Department) collaborates with the 67 county voter registration commissions in Pennsylvania to administer voter registration. We work diligently to assure appropriate measures designed to meet the requirements of the NVRA are in place and operating properly. The Department of State closely monitors county compliance with these list maintenance programs, and the Department is not aware of any counties who have failed to conduct reasonable list maintenance.

Pennsylvania law mandates that county election officers perform list maintenance activities at least once per year. These programs are designed to identify voters who have moved so that they can be removed from the voter registration rolls. The counties mail notices to voters who may have moved using information provided by the United States Postal Service through its National Change of Address (NCOA) program. In addition, counties mail notices to voters who have not voted or not appeared to vote for five years before the date of the notice. See 25 Pa. Cons. Stat. § 1901(b)(3).

The counties use the responses to its mailings to update the voter registration rolls. If the mailing is returned as undeliverable, the county places the voter on inactive status for eventual removal.

Under federal and state law, no voter registration may be canceled unless (1) the voter affirmatively requests that his or her registration be canceled; (2) the voter registration commission has proper proof the voter has died; or (3) after notice has been sent under section 8(d) of the NVRA and 25 Pa. Cons. Stat. § 1901(d), the voter does not vote or otherwise communicate with county election officials through two general (*i.e.*, even-numbered year) elections.

Ms. Shawna Powell, Secretary
Page 2
April 12, 2016

Recently, in an effort to improve the accuracy of the Commonwealth's voter registration rolls, Pennsylvania joined the Electronic Information Registration Center (ERIC). ERIC is a sophisticated data center that harnesses the latest technology to securely compare key state data to better inform election officials about voters on their list whose information might be out-of-date. Unlike any current matching programs, ERIC compares multiple records – and multiple fields within each record – simultaneously, as well as accounting for name variations and transposed numbers. The data Pennsylvania receives from ERIC will be more accurate because of the multiple databases that are matched to Pennsylvania's records simultaneously and because data is provided to ERIC every sixty (60) days. Pennsylvania will also have access to national death records that we currently do not have. The National Change of Address (NCOA) process will be included in the ERIC process so counties will receive data through ERIC to perform the NCOA mailing.

Through ERIC, Pennsylvania will receive reports regarding (1) voters who have moved within the state; (2) voters who have moved to another state; (3) voters with duplicate registrations; and (4) voters who have died. Counties will be expected to remove deceased voters and verify and remove duplicate registrations. Likewise, counties will be expected to contact voters who have moved either within or outside Pennsylvania.

The counties will process data received from ERIC in the same way they handle data they receive for voters who have moved. The county voter registration commission will send the voter an address verification notification. If the voter registration commission receives no response from the voter (or the notice is returned as undeliverable), the commission will list the voter as inactive and begin the removal process prescribed by section 8(d) of the NVRA and 25 Pa. Cons. Stat. § 1901(d). An inactive voter is required to sign a written affirmation that confirms his or her address the next time he or she appears to vote. See 4 Pa. Code § 183.6.

Further, in terms of your organization's concerns regarding non-citizens on the voter rolls, all persons who register to vote must swear or affirm, under penalty of law, on their voter registration application that they are a U.S. citizen. Federal district courts in Pennsylvania use voter registration lists to call citizens for jury service. In 2005, the U.S. Government Accounting Office (GAO) recommended that the Administrative Office of the U.S. Courts determine the feasibility and steps necessary to implement a requirement that U.S. district court jury administrators provide notice to state election officials of potential jurors who identify themselves as non-citizens on jury qualification questionnaires. The Administrative Office of the U.S. Courts agreed to bring the matter to the attention of the district courts and encourage them to follow GAO's recommendation.

Because of the recommendation, the Department receives non-citizen information on occasion from U.S. district courts in Pennsylvania. The Department forwards the information to the appropriate county voter registration commission. The county must then undertake a process to determine if the voter should be canceled from the voter registration rolls.

Ms. Shawna Powell, Secretary
Page 3
April 12, 2016

The Department will continue its practice of forwarding any non-citizen information to the counties for any necessary action. In addition, the Department is committed to working with the Pennsylvania Department of Transportation (PennDOT) to modify the motor voter process to more prominently display the citizenship question. In close collaboration with PennDOT, the Department has re-ordered the screens that are displayed to users so that the citizenship requirement is the first screen. The Department believes these changes, when implemented, will prevent any non-citizens from inadvertently registering to vote through the motor voter process.

As for the Systematic Alien Verification for Entitlements (SAVE) database, the database will not be used here in Pennsylvania. Use of the database by other states to identify and remove potential non-citizens from the voter registration list has been highly controversial and the subject of numerous lawsuits. Moreover, the database has proven to be unreliable and was never designed to cross-check the citizenship status of anyone, let alone voters.

I trust that the information provided in this letter provides assurance that Pennsylvania counties are conducting reasonable list maintenance efforts and that the Department intends for ERIC to seamlessly merge with the Commonwealth's existing list maintenance programs. The Department is committed to achieving cleaner voter rolls by using tools that demonstrate a critical level of accuracy and a sound methodology.

Should you have any questions or require additional information please feel free to contact me.

Sincerely,

Pedro A. Cortés
Secretary of State

By email: Contact@publicinterestlegal.org

c:      Marian K. Schneider, Deputy Secretary for Elections and Administration
        Timothy E. Gates, Chief Counsel
        Kathleen M. Kotula, Deputy Chief Counsel
        Marisa Crispell, Luzerne County Bureau of Elections
        Kelly Green, Montgomery County Bureau of Elections
        Laureen Hagan, Delaware County Bureau of Elections
        Mary Jo Headley, Delaware County Bureau of Elections
        Dee Rumsey, Northampton County Bureau of Elections
        Mark Wolosik, Allegheny County Bureau of Elections
        Kristin Bray, Senior Attorney, Law Department, City of Philadelphia

## VOTER REGISTRATION TOTALS SINCE 2014

| County Name | Active Registration November 2015 | Inactive Registration November 2015 | Active Registration As of April 11, 2016 | Inactive Registration As of April 11, 2016 |
|---|---|---|---|---|
| ALLEGHENY | 769361 | 84357 | 778535 | 97152 |
| DELAWARE | 346016 | 37565 | 349328 | 42994 |
| LUZERNE | 170277 | 20385 | 175740 | 18887 |
| MONTGOMERY | 492519 | 43520 | 497491 | 53169 |
| NORTHAMPTON | 177752 | 15530 | 176237 | 22604 |
| PHILADELPHIA | 896213 | 104441 | 928883 | 99419 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | Cancel | CANCEL - 5 YEAR VOTER REMOVAL PROGRAM | CANCEL - CANVASS | CANCEL - CANVASS NOT QUALIFIED | CANCEL - Confirmed Registered Out of County | CANCEL - Confirmed Registered Out of State |
|---|---|---|---|---|---|---|
| ALLEGHENY | 1 | 1 | 0 | 0 | 3940 | 283 |
| DELAWARE | 17 | 0 | 1 | 0 | 2912 | 21 |
| LUZERNE | 1 | 2 | 25 | 0 | 977 | 13 |
| MONTGOMERY | 3 | 0 | 0 | 1 | 3993 | 16 |
| NORTHAMPTON | 4 | 2 | 0 | 0 | 1354 | 35 |
| PHILADELPHIA | 16 | 0 | 0 | 12 | 5895 | 60 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - DECEASED | CANCEL - DECEASED - Canvass | CANCEL - DECEASED - Confirmation Mailing | CANCEL - DECEASED - Letters of Testament | CANCEL - DECEASED - Obituary | CANCEL - DECEASED - Registrar of Wills |
|---|---|---|---|---|---|---|
| ALLEGHENY | 34 | 10 | 291 | 330 | 1 | 0 |
| DELAWARE | 136 | 0 | 5 | 77 | 12 | 1568 |
| LUZERNE | 83 | 1 | 42 | 1 | 65 | 0 |
| MONTGOMERY | 33 | 0 | 32 | 13 | 1004 | 1884 |
| NORTHAMPTON | 22 | 0 | 63 | 6 | 4 | 3 |
| PHILADELPHIA | 14 | 238 | 106 | 28 | 3 | 1 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - DEPT. OF HEALTH DEATH NOTIFICATION | CANCEL - DUPLICATE REGISTRATION | CANCEL - INACTIVE STATUS FOR TWO FED GENERAL ELECTIONS | CANCEL - MENTAL INCOMPETENCE | CANCEL - MOVED OUT OF COUNTY | CANCEL - MOVED OUT OF STATE | CANCEL - NOT A CITIZEN | CANCEL - NOT QUALIFIED |
|---|---|---|---|---|---|---|---|---|
| ALLEGHENY | 14951 | 2 | 30879 | 10 | 8809 | 2343 | 7 | 1 |
| DELAWARE | 4058 | 3 | 10162 | 0 | 6785 | 729 | 11 | 1 |
| LUZERNE | 3943 | 0 | 5 | 0 | 2138 | 243 | 1 | 1 |
| MONTGOMERY | 4808 | 1 | 0 | 1 | 11797 | 2031 | 25 | 0 |
| NORTHAMPTON | 2808 | 7 | 5479 | 1 | 3841 | 511 | 3 | 1 |
| PHILADELPHIA | 15420 | 199 | 49740 | 0 | 15711 | 427 | 27 | 44 |

## CANCELLED RECORDS BY TYPE SINCE 2014

| County Name | CANCEL - PENNDOT OUT OF COUNTY | CANCEL - REJECTED 10 DAY RULE | CANCEL - REQUEST BY VOTER | CANCEL - Voter Confirmed Moved Out of County | CANCEL - Voter Confirmed Moved Out Of County - AVN | CANCEL - Voter Confirmed Moved Out Of County - NCA | CANCEL - Voter Confirmed Moved Out Of County-5 YrN | CANCEL - VOTER RECLAIMED BY PREVIOUS COUNTY | Cancel – Confirmation Mailing |
|---|---|---|---|---|---|---|---|---|---|
| ALLEGHENY | 0 | 0 | 230 | 19 | 389 | 450 | 1184 | 5 | 19 |
| DELAWARE | 0 | 0 | 66 | 24 | 289 | 158 | 169 | 5 | 4 |
| LUZERNE | 0 | 0 | 24 | 3 | 10 | 37 | 186 | 1 | 105 |
| MONTGOMERY | 3 | 2 | 337 | 20 | 680 | 500 | 338 | 3 | 3 |
| NORTHAMPTON | 0 | 0 | 16 | 6 | 0 | 50 | 91 | 2 | 13 |
| PHILADELPHIA | 0 | 0 | 375 | 15 | 414 | 1539 | 111 | 3 | 26 |

## VOTER RECORDS IN FELONY ON-HOLD STATUS

| County Name | ON HOLD - FELONY |
|---|---|
| ALLEGHENY | 0 |
| DELAWARE | 0 |
| LUZERNE | 0 |
| MONTGOMERY | 1 |
| NORTHAMPTON | 0 |
| PHILADELPHIA | 0 |

## LIST MAINTENANCE MAILINGS SENT

| County Name | Notice of Change of Address | 5-Year Notice | Mass Confirmation Mailing | Address Verification Notice |
|---|---|---|---|---|
| ALLEGHENY | 20702 | 97378 | 0 | 14343 |
| DELAWARE | 8473 | 14536 | 0 | 11803 |
| LUZERNE | 3056 | 17235 | 0 | 2594 |
| MONTGOMERY | 11351 | 10659 | 0 | 8114 |
| NORTHAMPTON | 4392 | 9665 | 0 | 0 |
| PHILADELPHIA | 22897 | 18533 | 0 | 17360 |

# Exhibit B

**Voter Registration Office**
**520 N. Columbus Blvd.**
**Philadelphia PA 19123**



FIRST-CLASS MAIL
U.S. POSTAGE PAID
TRENTON NJ
Permit No. 947

\*\*\*\*\*\*\*\*\*\*\*\***ALL FOR AADC 190**

**PHILADELPHIA PA** ▮▮▮▮▮

115984

**The General Primary Election is Tuesday, April 26, 2016**
**Polls are open from 7:00 AM until 8:00 PM**

**Ward 02, Division 14**
**The Polling Place where you must vote is located at:**
**ACTIVITIES CTR @ THE TOWER**
**1021 S 04TH ST**
**BUILDING FULLY ACCESSIBLE \ LOADING ZONE**
**\*In the case of an emergency, your polling place location is subject to change.**

**Updated polling place information, sample ballots, and other election information can be found at www.PhiladelphiaVotes.com**

---

**La Elección Primaria General es martes 26 de abril 2016**
**Las urnas están abiertas de 7:00 am hasta las 8:00 pm**

**Barrio 02, División 14**
**El lugar de votación donde debe votar se encuentra en:**
**ACTIVITIES CTR @ THE TOWER**
**1021 S 04TH ST**
**EDIFICO TOTALMENTE ACCESIBLE \ ZONA DE CARGA**
**\* En el caso de una emergencia, su lugar de votación está sujeta a cambios.**

**La información actualizada del lugar de votación, papeletas de muestra, y otra información sobre las elecciones se pueden encontrar en www.PhiladelphiaVotes.com**

115984

# Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CIVIL RIGHTS UNION** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 16-01507** |
| | : | |
| **PHILADELPHIA CITY COMMISSIONERS** | : | |
| **Defendant.** | : | |

## AFFIDAVIT OF DEPUTY COMMISSIONER FREDERICK L. VOIGT, ESQ., DEPUTY COMMISSIONER, PHILADELPHIA CITY COMMISSIONERS

I, Frederick L. Voigt, Esq., state that I am a Deputy Commissioner in the Philadelphia City Commissioner's office (the "City") and am authorized to execute this affidavit. I state the following to the best of my knowledge, information and belief under penalty of perjury pursuant to 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities:

1.      I have served as a Deputy Commissioner for the City for eight (8) years. I am familiar with various election law related issues, inclusive of the National Voter Registration Act ("NVRA"). I have served as an expert witness in the United States District Court for the Eastern District of Pennsylvania, have testified before the United State Congress, and have otherwise been recognized as an authority on election-related matters.

2.      I serve as the designated Right-to-Know officer for the City Commissioners. In that capacity, I am always kept informed of any requests for records made by outside groups and/or members of the public.

3.      I am familiar with and have reviewed the January 26, 2016 letter sent by the American Civil Rights Union ("ACRU") to the City.

4.      At the time the City received the ACRU's January 26, 2016 letter, we expected the ACRU would call our office to request an appointment to review the approximately hundred thousands of records potentially implicated in the January 26, 2016 letter.

5.      At no time did the ACRU actually call our office to make an appointment to review the records; had the ACRU done so, the City would have accommodated their request to the extent legally permissible.

6.      I am also familiar with the Pennsylvania Department of State's April 12, 2016 responses made to the ACRU's January 26, 2016 letter.

7.      As discussed in the Pennsylvania Department of State's April 12, 2016 letter, the City, just like every other county in the Commonwealth of Pennsylvania, is wholly reliant upon the Statewide Uniform Registration System ("SURE"), for all voter registration activities.  SURE is in the custody and control of the Commonwealth of Pennsylvania, not the City.  The City does not maintain voter registration records separate and apart from those records maintained by the Commonwealth of Pennsylvania through SURE.

8.      I am also familiar with the City's April 18, 2016 response to the ACRU's January 26, 2016.

9.      As indicated in the City's April 18, 2016 letter, any records that the City would have in its possession would be largely duplicative of the records already provided by the Commonwealth.  To the extent that those records were potentially not duplicative, the City provided the ACRU with examples of the types of records the City maintains.

10.      Additionally, as indicated in the City's April 18, 2016 letter, the City invited the ACRU to schedule an appointment to view any public records that the ACRU wished to review. The City offers the in-person review of the records because producing all of the records

potentially implicated by the ACRU's January 26, 2016 letter would be overly burdensome in terms of the personnel required to undertake the effort and the cost of reproduction to the City.

11.     Despite the invitation embodied in my April 18, 2016 letter, to date, no one from the ACRU has attempted to make an appointment to review any documents in the City's possession.  Since receiving the January 26, 2016 letter and the instant lawsuit, the City has had no other contact from the ACRU.

12.     The City's invitation to the ACRU, to make an appointment to review records potentially implicated by the January 26, 2016 request, remains open.


By: _____          Date: 4 - 28 - 16
    Frederick L. Voigt, Esq.
    Deputy Commissioner,
    Philadelphia City Commissioners