IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN CIVIL RIGHTS UNION, )
in its individual and corporate capacities, )
)
*Plaintiff*, )
)
v. ) Civil Action No. 2:16-cv-01507
)
PHILADELPHIA CITY )
COMMISSIONERS, )
*Defendants*. )
)
_____ )

## [PROPOSED] ORDER ON DEFEDANTS' MOTION TO DISMISS

Upon consideration of Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7), and all Memoranda of Law filed in support and opposition thereto; the Court is of the opinion that such Motion should be DENIED.

SIGNED on _____, 20___.

_____
Judge Darnell Jones, II
U.S. District Court