# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, )<br>in its individual and corporate capacities, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>PHILADELPHIA CITY )<br>COMMISSIONERS, )<br>*Defendants*. )<br>)<br>_____ ) | Civil Action No. 2:16-cv-01507 |

## MOTION TO COMPEL DEFENDANTS
## TO CONFER UNDER FED. R. CIV. P. 26(F)

For the reasons stated in the accompanying Memorandum, Plaintiff American Civil Rights Union respectfully moves the Court for an order directing Defendants Philadelphia City Commissioners to confer with Plaintiff as required by Fed. R. Civ. P. 26(f). Alternatively, Plaintiff requests that the Court schedule an initial pretrial conference. Pursuant to Fed. R. Civ. P. 37(f), Plaintiff also requests the Court require Defendants to pay Plaintiff's "reasonable expenses, including attorney's fees" caused by their failure to confer.

Respectfully submitted,

For the Plaintiff ACRU:

Dated: July ____, 2016

| | |
|---|---|
| J. Christian Adams* | |
| Kaylan L. Phillips* | LAW OFFICES OF LINDA A. KERNS, LLC |
| PUBLIC INTEREST LEGAL FOUNDATION | Linda A. Kerns, Esquire |
| 209 W. Main Street | 1420 Locust Street –Suite 200 |
| Plainfield, IN 46168 | Philadelphia, PA 19102 |
| Tel: (317) 203-5599 | PA Atty ID 84495 |
| Fax: (888) 815-5641 | Tel: (215) 731-1400 |
| adams@publicinterestlegal.org | Fax: (215) 701-4154 |
| kphillips@publicinterestlegal.org | linda@lindakernslaw.com |
| *Admitted Pro Hac Vice | |