# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities,<br><br>*Plaintiff*,<br><br>v.<br><br>PHILADELPHIA CITY COMMISSIONERS,<br>*Defendants*. | Civil Action No. 2:16-cv-01507 |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiff American Civil Rights Union's Motion for Preliminary Injunction and all Memoranda of Law filed in support and opposition thereto; the Court is of the opinion that such Motion should be <u>GRANTED</u>.

Defendants are hereby ORDERED to take all necessary steps to identify and remove all incarcerated felons from their voter registration lists prior to August 10, 2016.

SIGNED on _____, 20___.

_____
Judge Darnell Jones, II
U.S. District Court