IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN CIVIL RIGHTS UNION** : : **Plaintiff,** : : **v.** : : **PHILADELPHIA CITY COMMISSIONERS** : **Defendant.** : | **Civil Action No. 16-01507** |

## CERTIFICATE OF SERVICE

I, Benjamin H. Field, attorney for Defendant City of Philadelphia certify that on this date, a true and correct copy of the Defendant City of Philadelphia's Motion to Dismiss The First Amended Verified Complaint, Memorandum of Law in support thereof, proposed Order, and accompanying Exhibits were filed via the Court's electronic filing system and made available for downloading.

Date: August 8, 2016

/s/ Benjamin H. Field
Benjamin H. Field
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
(215) 683-5024
benjamin.field@phila.gov