CDJ

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

American Civil Rights Union : CIVIL ACTION
:
v. :
:
Philadelphia City Commissioners :
: NO. 2:16-cv-01507

### ORDER

AND NOW, this 24th Day of August, 2016, it is hereby

ORDERED that the application of Joseph A. Vanderhulst, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

8/24/16 by mail
Vanderhulst

FILED
AUG 24 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

_____ J.

ENTERED
AUG 24 2016
CLERK OF COURT

8/24/16
xc: U mail ECF