IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN CIVIL RIGHTS UNION, in its individual and corporate capacities, </br></br> *Plaintiff*, </br></br> v. </br></br> PHILADELPHIA CITY COMMISSIONERS, </br> *Defendants*. | Civil Action No. 2:16-cv-01507 |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given this 6th day of October 2016, that the Plaintiff, American Civil Rights Union, appeals to the United States Court of Appeals for the District of Columbia from the Order of this Court entered on September 9, 2016 (Dkt No. 31), and the Memorandum Opinion entered on September 9, 2016 (Dkt No. 30).

Dated: October 6, 2016

Respectfully submitted,

For the Plaintiff ACRU:

J. Christian Adams*
Joseph A. Vanderhulst*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL
FOUNDATION
209 W. Main Street
Plainfield, IN 46168
Tel: (317) 203-5599
Fax: (888) 815-5641
adams@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Admitted Pro Hac Vice

/s/ Linda A. Kerns
LAW OFFICES OF LINDA A. KERNS, LLC
Linda A. Kerns, Esquire
1420 Locust Street –Suite 200
Philadelphia, PA  19102
PA Atty ID 84495
Tel:  (215) 731-1400
Fax: (215) 701-4154
linda@lindakernslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2016, I caused the foregoing to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will serve all registered users.

Dated: October 6, 2016

                                        /s/ Linda A. Kerns
                                    LAW OFFICES OF LINDA A. KERNS, LLC
                                    Linda A. Kerns, Esquire
                                    1420 Locust Street –Suite 200
                                    Philadelphia, PA  19102
                                    PA Atty ID 84495
                                    Tel:  (215) 731-1400
                                    Fax: (215) 701-4154
                                    linda@lindakernslaw.com