UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-3811

AMERICAN CIVIL RIGHTS UNION,
in its individual and corporate capacities,
Appellant

v.

PHILADELPHIA CITY COMMISSIONERS

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2-16-cv-01507)
District Judge: The Honorable C. Darnell Jones, II

Argued April 27, 2017

Before: McKEE, VANASKIE, and RENDELL, *Circuit Judges*

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on April 27, 2017.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this court that the judgment of the District Court entered September 9, 2016, be AFFIRMED.

All of the above in accordance with the opinion of this Court.

                              ATTEST:

                              s/ Marcia M. Waldron
                              Clerk

DATED: September 25, 2017

Certified as a true copy and issued in lieu of a formal mandate on October 17, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**